# UNITED STATES DISTRICT COURT
for the

District of Oregon

| United States of America | ) |
| v. | ) |
|  | ) Case No. 3:25-mj-00029 |
| Carlos Lopez Seaman | ) |
|  | ) **SEALED** |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 5, 2025 in the county of Multnomah in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C); | Possession with intent to distribute cocaine |
| 18 U.S.C. § 924(c); and | Possession of a firearm in furtherance of drug trafficking |
| 18 U.S.C. § 922(k) | Possession of a firearm with an altered or obliterated serial number |

This criminal complaint is based on these facts:

See the attached affidavit of FBI Special Agent Ryan R. Donovan, which is incoporated herein.

☑ Continued on the attached sheet.

/s/ Ryan R. Donovan by Telephone
*Complainant's signature*

Ryan R. Donovan, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 6:21 pm a.m./p.m.

Date: February 5, 2025

*Youlee Yim You*
*Judge's signature*

City and state: Portland, Oregon    Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*